UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
LUIGI GIROTTO,                                 :

                                                 Plaintiff,    :
                                                                   :                     21-CV-10097 (VSB)
                              -against-                 :
                                                                   :                          **ORDER**
USAPE LLC d/b/a/ A BATHING APE (BAPE) :
SOHO et al.,                                                     :
                                                                   :
                                            Defendants.  :
                                                                   :
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on November 26, 2021.  (Doc. 1).  Plaintiff filed affidavits of service indicating that Defendant were served on January 7, 2022.  (Doc. 5.)  The deadline for Defendants to respond to Plaintiff's complaint was January 28, 2022.  (*See id.*)  Defendants never responded to the complaint or appeared in the action.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 25, 2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 4, 2022
              New York, New York                                  _____
                                                                                 VERNON S. BRODERICK
                                                                                 United States District Judge