UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
         :
LUIGI GIROTTO,         :
         :
      Plaintiff,  :
         :      21-CV-10097 (VSB)
   -against-  :
         :      **ORDER**
USAPE LLC d/b/a/ A BATHING APE (BAPE):
SOHO et al.,         :
         :
      Defendants.  :
         :
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On February 4, 2022, after Defendant failed to appear in this action, I entered an order directing Plaintiff to seek default judgment by February 25, 2022, and I cautioned that failure to comply would result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).  (Doc. 9.)  On February 28, 2022, I granted Plaintiff an extension of 30 days to seek default judgment, and I stated that "[a] further extension likely will not be granted."  (Doc. 11.)

       That deadline has passed, and Plaintiff has not sought default judgment.  Accordingly, it is hereby

       ORDERED that this action is dismissed pursuant to Rule 41(b).

SO ORDERED.

Dated:   April 6, 2022
         New York, New York

                                              _____
                                              VERNON S. BRODERICK
                                              United States District Judge